650

**UNITED STATES of America ex rel. DARE BOK FUN, Next Friend and Brother of Dare Bok Dan, Relator-Appellant, v. DIRECTOR OF IMMIGRATION AND NATURALIZATION AT THE PORT OF NEW YORK, Respondent-Appellee.**

No. 268.

Circuit Court of Appeals, Second Circuit.

March 18, 1940.

Jay Abram Darwin, of New York City, for relator-appellant.

John T. Cahill, U. S. Atty., of New York City (Jerome H. Doran, Asst. U. S. Atty., of Rockville Centre, N. Y., of counsel), for respondent-appellee.

Before SWAN, CLARK, and PATTERSON, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below, 32 F.Supp. 338.

**WESTERN FOUNDATION COMPANY, Appellant, v. CHARLES E. CANNELL CO., Inc., and Ætna Casualty & Surety Company, Appellees.**

**CHARLES E. CANNELL CO., Inc., and Ætna Casualty & Surety Company, Cross-Appellants, v. WESTERN FOUNDATION COMPANY, Cross-Appellee.**

Nos. 8125, 8126.

Circuit Court of Appeals, Sixth Circuit.

April 9, 1940.

Trabue, Doolan, Helm & Helm, of Louisville, Ky., and William S. Warfield, III, of Chicago, Ill., for Western Foundation Co.

Wilbur Fields, of Louisville, Ky., for Cannell Co., Inc., et al.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

It appearing that in a suit at law begun by the appellee, a contractor, against the appellant, a subcontractor, and its surety, for public work done for the City of Louisville, Kentucky, the court below, after the empanelling of the jury, concluded the case involved an accounting and transferred it to the equity docket; and it further appearing that the claim was to recover over-payment upon the subcontract and that the defendant counterclaimed for balance due; that the decree adjudicated the right of the defendant to recover in a sum less than the amount of its counterclaim and dismissed the plaintiff's claim, whereupon both sides have appealed, now, therefore, the court, upon an examination of the record and the findings of fact and conclusions of law announced by the District Judge, is of the view that the findings are supported by substantial evidence and no mistakes clearly appear therein; that there are no errors of law in the conclusions announced, and that they sustain the decree.

It is hereby ordered that the decree in favor of the appellant be and it is hereby affirmed, and it is further ordered that the cross-appeal be and it is hereby dismissed.

**Otis WILLIAMS and Floyd N. Williams, etc., et al. v. A. L. NELSON.**

No. 9457.

Circuit Court of Appeals, Ninth Circuit.

April 22, 1940.

O. R. Baum and Ben Peterson, both of Pocatello, Idaho, for appellants.

Jones, Pomeroy & Jones, of Pocatello, Idaho, and Jas. L. Conley, of Portland, Or., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

On motion of appellants for dismissal of appeal herein, and good cause therefor appearing, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly, and that mandate of this court issue forthwith.